(Official Form 1) (10/05)

**FORM B1**

| United States Bankruptcy Court Southern District of Florida | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McCoggle, William** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**William L McCoggle<br>William Lee McCoggle** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): **3228** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**16425 SW 107th Ct<br>Miami, FL**          ZIPCODE **33157-2955** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):          ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIPCODE | Mailing Address of Joint Debtor (if different from street address):          ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIPCODE | |

| Type of Debtor (Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3) | ☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9      ☐ Chapter 12<br>                    ☐ Chapter 13      ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Nature of Debts** (Check one box) |
|---|---|
| | ☑ Consumer/Non-Business      ☐ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors: |
|---|---|
| ☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION



(Official Form 1) (10/05)

FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**McCoggle, William** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____    9/13/06<br>Signature of Attorney for Debtor(s)         Date |
|---|---|

| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑ No | **Certification Concerning Debt Counseling**<br>**by Individual/Joint Debtor(s)**<br><br>☑ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |
|---|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

© 1993-2006 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**VOLUNTARY PETITION**



FORM B1, Page 3

(Official Form 1) (10/05)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **McCoggle, William** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _William McCoggle_     **William McCoggle**
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_9/13/06_
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

(Check only one box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney**

X _____ _for_
Signature of Attorney for Debtor(s)

**Timothy S. Kingcade 082309**
Printed Name of Attorney for Debtor(s)

**Kingcade & Garcia, P.A.**
Firm Name

**1370 Coral Way**
Address

**Miami, FL  33145**

**(305) 285-9100**
Telephone Number

_9/13/06_
Date

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VOLUNTARY PETITION**

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                    Case No. _____

McCoggle, William                                                        Chapter **7** _____
_____
                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

<div style="writing-mode: vertical-rl;">© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $      404,388.00 | | |
| B - Personal Property | Yes | 3 | $        18,275.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $      271,954.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $               0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $        77,177.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $        4,941.83 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $        4,937.17 |
| | TOTAL | 22 | $      422,663.00 | $      349,131.95 | |

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                          Case No. _____

McCoggle, William                                    Chapter **7** _____

                        Debtor(s)

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
### [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

INITIAL HERE

IN RE McCoggle, William

_____    Case No. _____
              Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **16425 SW 107 CT Miami, FL 33157**<br>**Debtor's homestead: Single family house**<br>**Purchased: 06/2003**<br>**Joint with Debtor's wife**<br>**Debtor Claims Tenancy by the Entirety** | | | 325,000.00 | 139,622.00 |
| **412 E Magnolia Street Valdosta GA**<br>**Debtor's non-homestead rental property**<br>**Purchased: 08/1989  Joint with non-filing spouse**<br>**Debtor Claims Tenancy by the Entirety** | | | 35,000.00 | 29,778.00 |
| **6 lots in Lakeland GA with attached motorhomes**<br>**1976 GRAT #60623 12X70  FMV  $3,797 + lot $3,500**<br>**1973 Hombre #4602 12X60  FMV  $3,319 + lot $3,500**<br>**1985 Scott Chjallenger 14X60 FMV $5,505 + lot $3,500**<br>**1970 Twin Lakes 12X70        FMV $3,797 + lot $3,500**<br>**1968 Valiant #58GV329912   FMV $3,319 + lot $3,500**<br>**1981 Guerdon 12X60         FMV $3,651 + lot $3,500**<br>**Secured with 2 loans from Fmlakeland for a total of $60,598**<br>**Lots with trailers were purchased 10 years ago.  Debtor**<br>**borrowed money in 2005 and 2006 and placed lots as**<br>**collaterals for the loans.** | | | 44,388.00 | 60,598.00 |
| | | **TOTAL** | 404,388.00 | |

(Report also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE A - REAL PROPERTY

**IN RE McCoggle, William** _____  Case No. _____
_____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash - none** | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Eastern Financial Florida Credit Union No.X4444 Debtor gets Social Security into this account** | | 1,700.00 |
| | | **Eastern Financial Florida Credit Union Savings Account No.X7003** | | 200.00 |
| | | **Metro Bank checking account No.:9003 Joint with non-filing spouse. Debtor Claims Tenancy by the Entirety** | | 40.00 |
| | | **Washington Mutual Checkings Account No. X1602** | | 15.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household Goods Based on Furniture Inventory List Joint with Debtor's spouse, who claims 1/2 interest of $1330** | J | 665.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc Clothing** | | 100.00 |
| 7. Furs and jewelry. | | **Misc. Jewelry Based on Jewelry Inventory List** | | 45.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance Policy - thru previous employer No Cash Value** | | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **McCoggle, William** _____ Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Nissan Murano SE Sport Utility 4D** **Estimated Mileage: 51,000** **Secured with Citiz Ntl BK for $15,207** **Based on KBB report** | | 15,510.00 |
| | | **2006 Dodge Charger Sedan 4D** **Estimated Mileage: 5,000** **Secured with Daimlerchrys for $26,749 joint with Debtor's son, who pays and maintains. Debtor on title for credit purpose only.** **Debtor Claims Bare Legal Title** **Based on KBB Report $21,530** | J | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE **McCoggle, William** _____    Case No. _____
                         Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 18,275.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only





advertisement



**2006 Nissan Murano**



**Ends September**

CLICK FOR DETAIL

⊙ **Quick Dealer Price Quote**    ⊙ **Search Used Car Listings**    ⊙ **Lis**

| HOME | NEW CARS | USED CARS | COMPARE NEW CARS | REVIEWS & RATINGS | ADVICE | FINANCIN |

Home > Used Cars > 2004 > Nissan > Murano > SE Sport Utility 4D > Equipment

🖶 Print This Page

## 2004 Nissan Murano SE Sport Utility 4D

**› Trade-In Value**

- › Private Party Value
- › Suggested Retail Value
- › Photo Gallery
- › Blue Book Review

🚗 **Shopping Tools**

- › Free CARFAX Record Check
- › Auto Loan from 5.39% APR
- › Compare Insurance Rates
- › Payment Calculator

**SELL YOUR USED CAR**
**on Blue Book Classifieds™**

Reach millions of shoppers on kbb.com, Cars.com, and other popular sites.

**Find out more,**
**Click**     GO

**BUY A USED CAR**
**on Blue Book Classifieds™**

Nissan

Murano

30 Miles or less

ZIP Code 33014

**To View Ads, Click**     GO

### BLUE BOOK® TRADE-IN VALUE ◂ WHAT'S THIS?



| Condition | Value |
|---|---|
| **Excellent** ▴WHAT'S THIS? | **$16,675** |
| **Good** ▴WHAT'S THIS? | **$15,510** (Selected) |
| **Fair** ▴WHAT'S THIS? | **$13,540** |

📷 More Photos

## NEXT STEPS: ⊙ **Get Pricing on New Vehicles**
⊙ **Sell Your SUV**

**Vehicle Details**    ⊙ Change Equipment

| | |
|---|---|
| **Engine:** | V6 3.5 Liter |
| **Transmission:** | Automatic |
| **Drivetrain:** | AWD |
| **Mileage:** | 51,000 |

**Selected Standard Equipment**

| | | |
|---|---|---|
| Air Conditioning | AM/FM Stereo | Power Seat |
| Power Steering | Single Compact Disc | Privacy Glass |
| Power Door Locks | Dual Front Air Bags | Alloy Wheels |
| Tilt Wheel | ABS (4-Wheel) | |

**Blue Book Trade-In Value**

Trade-in Value is what consumers can expect to receive from a dealer for a trade-in vehicle assuming an accurate appraisal of condition. This value will likely be less than the Private Party Value because the reselling dealer incurs the cost of safety inspections, reconditioning and other costs of doing business.

**Vehicle Condition Ratings**    ⊙ Check Vehicle Title History

**Excellent**
⭐⭐⭐⭐⭐    **$16,675**

**Maroo**

Looki
price



2006 Ni
Murano



advertisement





COME IN FOR OUR EMPLOYEE DISCOUNT
**plus 0% financing.**
AND RIGHT NOW, WE'RE ALSO OFFERING A
**30-DAY** RETURN PROGRAM.



SEARCH I

FIND A

LEARN

⊘ Quick Dealer Price Quote   ⊘ Search Used Car Listings   ⊘ Lis

| HOME | NEW CARS | USED CARS | COMPARE NEW CARS | REVIEWS & RATINGS | ADVICE | FINANCIN |

Home > Used Cars > 2006 > Dodge > Charger > Sedan 4D > Equipment

🖶 Print This Page

## 2006 Dodge Charger Sedan 4D

**› Trade-In Value**

- › Private Party Value
- › Suggested Retail Value
- › Photo Gallery
- › Review

**🚗 Shopping Tools**

- › Free CARFAX Record Check
- › Auto Loan from 5.39% APR
- › Compare Insurance Rates
- › Payment Calculator

**SELL YOUR USED CAR**
on Blue Book Classifieds™

Reach millions of shoppers on kbb.com, Cars.com, and other popular sites.

**Find out more, Click** 

**BUY A USED CAR**
on Blue Book Classifieds™

Dodge

Charger

30 Miles or less

ZIP Code 33014

To View Ads, Click 

### BLUE BOOK® TRADE-IN VALUE ‹ WHAT'S THIS? ›



| Condition | Value |
|-----------|-------|
| **Excellent** ▲ WHAT'S THIS? | **$22,850** |
| **Good** ▲ WHAT'S THIS? | **$21,530** (Selected) |
| **Fair** ▲ WHAT'S THIS? | **$19,240** |

🖿 More Photos

# NEXT STEPS:   ⊘ Get Pricing on New Vehicles
  ⊘ Sell Your Sedan

**Vehicle Details**    ⊘ Change Equipment

**Engine:** V6 2.7 Liter
**Transmission:** Automatic
**Drivetrain:** RWD
**Mileage:** 5,000

**Selected Standard Equipment**

| | | |
|---|---|---|
| Stability Control | Power Door Locks | Single Compact Disc |
| Air Conditioning | Tilt Wheel | Dual Front Air Bags |
| Power Steering | Cruise Control | ABS (4-Wheel) |
| Power Windows | AM/FM Stereo | Traction Control |

### Blue Book Trade-In Value

Trade-in Value is what consumers can expect to receive from a dealer for a trade-in vehicle assuming an accurate appraisal of condition. This value will likely be less than the Private Party Value because the reselling dealer incurs the cost of safety inspections, reconditioning and other costs of doing business.

**Vehicle Condition Ratings**    ⊘ Check Vehicle Title History

**Excellent**
★★★★★      **$22,850**

**› Finan**

- › Get a Ne
  5.99% A
- › Get a Pre
  from 6.6
- › Your Crec
- › Get a Fre
  a

THE ALL-

## FURNITURE INVENTORY

DEBTOR: William McCoggle

| Living Room | |
|---|---|
| *Item* | *Quantity* |
| Sofa / Loveseat | 2 |
| Recliner | 2 |
| Chairs | |
| Tables | 2 |
| TV | |
| VCR--DVD | |
| Stereo | 1 |
| Wall Unit | |

| 1st Bedroom | |
|---|---|
| *Item* | *Quantity* |
| Bed | 1 |
| Dresser | 1 |
| Mirror | |
| Tables | 2 |
| Wall Unit | |
| TV—DVD | 1 |
| VCR | |

| Family Room | |
|---|---|
| *Item* | *Qua ntity* |
| sofa/loveseat | |
| recliner | |
| tables | |
| TV-DVD | |
| DVD | |
| VCR | |
| Wall unit | |

| Dining Room | |
|---|---|
| *Item* | *Quantity* |
| Tables | |
| Chairs | 6 |
| Cabinets | |
| China (sets) | 1 |

| 2nd Bedroom | |
|---|---|
| *Item* | *Quantity* |
| Bed | |
| Dresser | 1 |
| Tables | 2 |
| Wall Unit | |
| TV | 1 |
| VCR-DVD | |

| Kitchen | |
|---|---|
| *Item* | *Quantity* |
| Refrigerator | 1 |
| Stove | |
| Microwave | 1 |
| Toaster | 1 |
| Toaster Oven | |
| | |

| 3rd Bedroom | |
|---|---|
| *Item* | *Quantity* |
| Bed Crib | 1 |
| Dresser | |
| Tables | |
| Wall Unit | |
| TV | |
| VCR-DVD | 1 |

| *Item* | *Quantity* |
|---|---|
| Computer | 1 |
| Monitor | 1 |
| Printer | 1 |
| Fax Machine | |
| Desk | |
| Bookshelves | 1 |

| Miscellaneous | |
|---|---|
| *Item* | *Quantity* |
| Washer | 1 |
| Dryer | 1 |
| Patio set | 2 |
| Bar BQ | |
| Lawn mower | |
| Piano | |

☐ Total Value of Unsecured Household Goods    $ 1330.00

☐ Goods Secured by Liens with Creditor(s) _____ $ _____
  *(Items marked with an asterisk*)* Creditor(s) _____ $ _____
  Creditor(s) _____ $ _____

☐ Joint Ownership with [  ]non-filing spouse [  ]Co-Tenant. Debtor Claims ½ Interest $ 665.00

☐ Debtor owns no furniture: _____

Debtor's/Spouse Initials: _____

# JEWELRY INVENTORY

DEBTOR: *William McCoggle*

| Quantity | Style of Jewelry | Description of Item | Estimated Value |
|---|---|---|---|
| | **Earrings** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Pearl | | |
| | Precious Stones | (Specify Carat) | |
| | Other | | |
| | | | |
| | **Chains(s)** | | |
| | Platinum | | |
| | Gold | | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Other | | |
| | | | |
| | **Bracelet(s)** | | |
| | Platinum | | |
| | Gold | | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Other | | |
| | | | |
| | **Ring(s)** | | |
| | Platinum | | |
| | Gold | | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| / | Wedding Band | | 25.00 |
| | Other | | |
| | | | |
| / | **Watches(es)** | Model:  Timex | 20.00 |
| | | Model: | |
| | | Model: | |

☐ Debtor's Total Value of Jewelry        $ 45.00
☐ Goods Secured by Liens with Creditor(s) _____   $_____
☐ Debtor owns no Jewelry        $_____

Debtor/Spouse Initials: *WRm*

IN RE McCoggle, William _____    Case No. _____
                      Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☑ Check if debtor claims a homestead exemption that exceeds $125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **16425 SW 107 CT Miami, FL 33157** **Debtor's homestead: Single family house** **Purchased: 06/2003** **Joint with Debtor's wife** **Debtor Claims Tenancy by the Entirety** | **In re Monzon, 214 BR 38** | **185,378.00** | **325,000.00** |
| **412 E Magnolia Street Valdosta GA** **Debtor's non-homestead rental property** **Purchased: 08/1989  Joint with non-filing spouse** **Debtor Claims Tenancy by the Entirety** | **In re Monzon, 214 BR 38** | **5,222.00** | **35,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Eastern Financial Florida Credit Union No.X4444** **Debtor gets Social Security into this account** | **FSA § 222.21(1)** | **1,700.00** | **1,700.00** |
| **Eastern Financial Florida Credit Union Savings Account No.X7003** | **Art. 10 § 4(a)(2), FSA § 222.061** | **175.00** | **200.00** |
| **Metro Bank checking account No.:9003** **Joint with non-filing spouse.** **Debtor Claims Tenancy by the Entirety** | **In re Monzon, 214 BR 38** | **40.00** | **40.00** |
| **Washington Mutual Checkings Account No. X1602** | **Art. 10 § 4(a)(2), FSA § 222.061** | **15.00** | **15.00** |
| **Household Goods** **Based on Furniture Inventory List** **Joint with Debtor's spouse, who claims 1/2 interest of $1330** | **Art. 10 § 4(a)(2), FSA § 222.061** | **665.00** | **665.00** |
| **Misc Clothing** | **Art. 10 § 4(a)(2), FSA § 222.061** | **100.00** | **100.00** |
| **Misc. Jewelry** **Based on Jewelry Inventory List** | **Art. 10 § 4(a)(2), FSA § 222.061** | **45.00** | **45.00** |
| **2004 Nissan Murano SE Sport Utility 4D** **Estimated Mileage: 51,000** **Secured with Citiz Ntl BK for $15,207** **Based on KBB report** | **FSA § 222.25(1)** | **303.00** | **15,510.00** |

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE McCoggle, William _____   Case No. _____
                     Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **72028303077142**<br><br>**Citz Ntl Bk**<br>**PO Box 270**<br>**Quitman, GA  31643-0270** | | | Car Loan: 2004<br><br><br><br>Value $       **15,510.00** | | | | 15,207.00 | |
| Account No. **1010820572**<br><br>**Daimlerchrys**<br>**PO Box 9223**<br>**Farmington Hills, MI  48333-9223** | X | | Auto Loan: 04/2006<br>**BLT**<br><br><br>Value $       **26,749.00** | | | | 26,749.00 | 26,749.00 |
| Account No. **2074533**<br><br>**Farmers And Merchants Bank**<br>**P.O. Box 550**<br>**Vadosta, GA  31603** | | | Mortgage Loan:<br><br><br><br>Value $       **35,000.00** | | | | 29,778.00 | |
| Account No.<br><br>**Farmers And Merchants Bank**<br>**1201 S. Patterson St**<br>**Valdosta, GA  31603** | | | Assignee or other notification for:<br>**Farmers And Merchants Bank**<br><br><br>Value $ | | | | | |
| _____ **1** continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 71,734.00 | |
| | | | | | | (Use only on last page of the completed Schedule D) **TOTAL** | | |

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE McCoggle, William

_____  Case No. _____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. **82074534** <br> **Fmlakeland** <br> **110 N Carter St** <br> **Lakeland, GA 31635-1164** | | | Mortage Loan: 01/2006 <br><br> Value $      44,388.00 | | | | 30,849.00 |
| Account No. **82074533** <br> **Fmlakeland** <br> **110 N Carter St** <br> **Lakeland, GA 31635-1164** | | | Mortage Loan: 2005 <br><br> Value $      44,388.00 | | | | 29,749.00 <br><br> 16,210.00 |
| Account No. **1560080341282** <br> **Washington Mutual** <br> **PO Box 1093** <br> **Northridge, CA 91328-1093** | | | Mortage Loan <br><br> Value $      325,000.00 | | | | 139,622.00 |
| Account No. | | | <br><br> Value $ | | | | |
| Account No. | | | <br><br> Value $ | | | | |
| Account No. | | | <br><br> Value $ | | | | |
| Account No. | | | <br><br> Value $ | | | | |

Sheet no. _____**1**_____ of _____**1**_____ sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   **200,220.00**

(Use only on last page of the completed Schedule D)  **TOTAL**   **271,954.00**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE McCoggle, William
_____    Case No. _____
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

IN RE McCoggle, William _____    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 06-2462 CC26<br><br>**Adorno & Yoss**<br>C/O Bruce M. Boiko, Esq<br>2525 Ponce De Leon Blvd Ste 400<br>Coral Gables, FL  33134-6044 | | | c/o S FL Educational Fcu | | X | | 1.00 |
| Account No. 462120022183<br><br>**Associates/citibank**<br>PO Box 6003<br>Hagerstown, MD  21747-6003 | | | Revolving Credit Card<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. 3640106319882<br><br>**Aurora Loan**<br>PO Box 1706<br>Scottsbluff, NE  69363-1706 | | | SMA Loan: 1992 (Andrew) | | | | 15,122.00 |
| Account No. 91551254356000<br><br>**Bk Of Amer**<br>PO Box 45144<br>Jacksonville, FL  32232-5144 | | | Revolving Credit Card<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. 2229735001<br><br>**Bk Of Amer**<br>4161 Piedmont Pkwy # NC4-105-03-14<br>Greensboro, NC  27410-8110 | | | Revolving Credit Card<br>$0 Balance on Credit report | | X | | 1.00 |

_____**9** continuation sheets attached

INITIAL HERE WLM

Subtotal (Total of this page) — 15,126.00

(Use only on last page of the completed Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **McCoggle, William** _____  Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4408-0410-1446-9328**<br><br>Chase<br>800 Brooksedge Blvd<br>Westerville, OH  43081-2895 | | | Revolving credit card charges incurred over the past several years | | | | 1.00 |
| Account No. **xxx-xx-3228**<br><br>Child Support Enforcement<br>Department Of Revenue<br>P.O. Box 8030<br>Tallahassee, FL  32314-8030 | | | Notice only | | | | 0.00 |
| Account No. **642041768**<br><br>Citgo Oil/citibank<br>PO Box 6003<br>Hagerstown, MD  21747-6003 | | | Revolving credit card<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. **3073713**<br><br>Citz Ntl Bk<br>PO Box 270<br>Quitman, GA  31643-0270 | | | Revolving credit card<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. **72028303077028**<br><br>Citz Ntl Bk<br>PO Box 270<br>Quitman, GA  31643-0270 | | | Revolving credit card charges<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. **3074123**<br><br>Citz Ntl Bk<br>PO Box 270<br>Quitman, GA  31643-0270 | | | Revolving credit card<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. **3073887**<br><br>Citz Ntl Bk<br>PO Box 270<br>Quitman, GA  31643-0270 | | | Revolving credit card<br>$0 Balance on Credit report | | X | | 1.00 |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. _____1 of_____**9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

INITIAL HERE *(signature)*

Subtotal (Total of this page)   **6.00**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE McCoggle, William _____    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3073911** <br><br> **Citz Ntl Bk** <br> **PO Box 270** <br> **Quitman, GA  31643-0270** | | | Revolving credit card <br> $0 Balance on Credit report | X | | | 1.00 |
| Account No. **3052982** <br><br> **Citz Ntl Bk** <br> **PO Box 270** <br> **Quitman, GA  31643-0270** | | | Revolving credit card <br> $0 Balance on Credit report | X | | | 1.00 |
| Account No. **26185107** <br><br> **Comcast** <br> **Po Box 530099** <br> **Atlanta, GA  30353-0099** | | | Services Rendered | | | | 1.00 |
| Account No. **26185107** <br><br> **Credit Management** <br> **4200 International Pkwy** <br> **Carrollton, TX  75007-1912** | | | Collection Agency Comcast | X | | | 1.00 |
| Account No. **xxx-xx-3228** <br><br> **Department Of The Treasury** <br> **Internal Revenue Service** <br> **Po Box 21126** <br> **Philadelphia, PA  19114** | | | Notice only | | | | 0.00 |
| Account No. **9373046701** <br><br> **Eastern Fncl Fed Cr Un** <br> **PO Box 825871** <br> **South Florida, FL  33082-5871** | | | Revolving Credit Card 1/00 <br> $0 Balance on Credit report | X | | | 1.00 |
| Account No. **xxx-xx-3228** <br><br> **Equifax** <br> **P.O. Box 740241** <br> **Atlanta, GA  30374-0241** | | | Credit Bureau | | | | 0.00 |

INITIAL HERE

Sheet no. _____**2** of_____**9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **5.00**

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE McCoggle, William _____    Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-3228**<br><br>**Experian**<br>P.O. Box 2002<br>Allen, TX  75013-2002 | | | Credit Bureau | | | | 0.00 |
| Account No. **xxx-xx-3228**<br><br>**Florida Department Of Revenue**<br>P.O. Box 6668<br>Tallahassee, FL  32314-6668 | | | Notice only | | | | 0.00 |
| Account No. **82074555**<br><br>**Fmlakeland**<br>110 N Carter St<br>Lakeland, GA  31635-1164 | | | *$0 Balance on Credit Report* | | | | 1.00 |
| Account No. **82074531**<br><br>**Fmlakeland**<br>110 N Carter St<br>Lakeland, GA  31635-1164 | | | Mortage Loan<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. **82074530**<br><br>**Fmlakeland**<br>110 N Carter St<br>Lakeland, GA  31635-1164 | | | Mortage Loan<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. **82074553**<br><br>**Fmlakeland**<br>110 N Carter St<br>Lakeland, GA  31635-1164 | | | Revolving credit card<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. **82074554**<br><br>**Fmlakeland**<br>110 N Carter St<br>Lakeland, GA  31635-1164 | | | Revolving credit card<br>$0 Balance on Credit report | | X | | 1.00 |

*INITIAL HERE* wh

| | |
|---|---|
| Subtotal<br>(Total of this page) | 5.00 |
| (Complete only on last sheet of Schedule F)  **TOTAL** | |

Sheet no. _____**3**_____ of _____**9**_____ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2006 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE McCoggle, William _____    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 21687510<br><br>**Ford Motor Credit**<br>**PO Box 542000**<br>**Omaha, NE  68154-8000** | | | **Auto Loan**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. **Cma217925p**<br><br>**Ford Motor Credit**<br>**PO Box 542000**<br>**Omaha, NE  68154-8000** | | | **Auto Loan**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. **Cma217415l**<br><br>**Ford Motor Credit**<br>**PO Box 542000**<br>**Omaha, NE  68154-8000** | | | **Auto Loan**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. **Cma21769nj**<br><br>**Ford Motor Credit**<br>**PO Box 542000**<br>**Omaha, NE  68154-8000** | | | **Auto Loan**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. 27767290<br><br>**Ford Motor Credit Corporation**<br>**PO Box Box 542000**<br>**Omaha, NE  68154** | | | **Auto Loan**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. 35551761<br><br>**Ford Motor Credit Corporation**<br>**PO Box Box 542000**<br>**Omaha, NE  68154** | | | **Auto Loan**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. 135517128<br><br>**Frmr  And  Mrch**<br>**110 N Carter St**<br>**Lakeland, GA  31635-1164** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | | X | | 1.00 |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. _____4___ of _____9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

INITIAL HERE

Subtotal                 7.00
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE McCoggle, William _____   Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 135510712<br><br>Frmr And Mrch<br>110 N Carter St<br>Lakeland, GA 31635-1164 | | | Revolving credit card<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. 1355371289233<br><br>Frmr And Mrch<br>110 N Carter St<br>Lakeland, GA 31635-1164 | | | Revolving credit card<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. 1355371289235<br><br>Frmr And Mrch<br>110 N Carter St<br>Lakeland, GA 31635-1164 | | | Revolving credit card<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. 1355371289239<br><br>Frmr And Mrch<br>110 N Carter St<br>Lakeland, GA 31635-1164 | | | Revolving credit card<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. 1355371289238<br><br>Frmr And Mrch<br>110 N Carter St<br>Lakeland, GA 31635-1164 | | | Mortage Loan<br>$0 Balance on Credit report | | X | | 0.00 |
| Account No. 1355371289236<br><br>Frmr And Mrch<br>110 N Carter St<br>Lakeland, GA 31635-1164 | | | Revolving credit card<br>$0 Balance on Credit report | | X | | 1.00 |
| Account No. 601918035650<br><br>Gemb/care Credit Core<br>PO Box 981439<br>El Paso, TX 79998-1439 | | | Revolving credit card<br>$0 Balance on Credit report | | X | | 1.00 |

Sheet no. _____5___ of _____9___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

INITIAL HERE whu

Subtotal (Total of this page) **6.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE <u>McCoggle, William</u>                                                    Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **604589106319**<br><br>**Gemb/mervyns**<br>**PO Box 981400**<br>**El Paso, TX  79998-1400** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. **01101473125**<br><br>**Household Bank**<br>**90 Christiana Rd**<br>**New Castle, DE  19720-3118** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. **4101401266543**<br><br>**Hsbc/rs**<br>**PO Box 15524**<br>**Wilmington, DE  19850-5524** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. **xxx-xx-3228**<br><br>**Innovis**<br>**P.O. Box 1358**<br>**Columbus, OH  43216-1358** | | | **Notice only** | | | | 0.00 |
| Account No. **xxx-xx-3228**<br><br>**Internal Revenue Service**<br>**Po Box 17167 Stop 5730**<br>**Ft Lauderdale, FL  33318-7167** | | | **Notice only** | | | | 0.00 |
| Account No. **4780100131520**<br><br>**Mcydsnb**<br>**9111 Duke Blvd**<br>**Mason, OH  45040-8999** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. **56053020006**<br><br>**S Fl Ed Fcu**<br>**7800 SW 117th Ave**<br>**Miami, FL  33183-3825** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | | X | | 1.00 |

<div style="text-align:right">Subtotal<br>(Total of this page)   5.00</div>

Sheet no. _____ **6** of _____ **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE McCoggle, William _____    Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **56053020004**<br><br>**S Fl Ed Fcu**<br>**7800 SW 117th Ave**<br>**Miami, FL  33183-3825** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | X | | | 1.00 |
| Account No. **56053020005**<br><br>**S Fl Ed Fcu**<br>**7800 SW 117th Ave**<br>**Miami, FL  33183-3825** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | X | | | 1.00 |
| Account No. **06-2462 CC26**<br><br>**S Fl Educational Fcu**<br>**7800 SW 117th Ave**<br>**Miami, FL  33183-3825** | | | credit card:<br>ref#56053020900 | | | | 12,005.95 |
| Account No.<br><br>**South Florida Educational FCU**<br>**PO Box 830370**<br>**Miami, FL  33283-0370** | | | **Assignee or other notification for:**<br>**S Fl Educational Fcu** | | | | |
| Account No. **600000056053024**<br><br>**S Fl Educational Fcu**<br>**7800 SW 117th Ave**<br>**Miami, FL  33183-3825** | | | **Revolving credit card charges incurred over the past several years**<br>**$0 Balance on Credit report** | X | | | 1.00 |
| Account No. **600000056053022**<br><br>**S Fl Educational Fcu**<br>**7800 SW 117th Ave**<br>**Miami, FL  33183-3825** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | X | | | 1.00 |
| Account No. **600000056053024**<br><br>**S Fl Educational Fcu**<br>**7800 SW 117th Ave**<br>**Miami, FL  33183-3825** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | X | | | 1.00 |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ____**7**___ of ____**9**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 12,010.95

(Complete only on last sheet of Schedule F) **TOTAL** | _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE McCoggle, William
_____    Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **56053020001**<br><br>**S Fl Educational Fcu**<br>**7800 SW 117th Ave**<br>**Miami, FL  33183-3825** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. **600000056053026**<br><br>**S Fl Educational Fcu**<br>**7800 SW 117th Ave**<br>**Miami, FL  33183-3825** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. **600000056053023**<br><br>**S Fl Educational Fcu**<br>**7800 SW 117th Ave**<br>**Miami, FL  33183-3825** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. **F05-22726**<br><br>**State Of Florida**<br>**C/0 11th Judcial Court**<br>**73 W Flagler**<br>**Miami, FL  33131** | | | **Lawsuit** | | | | 50,000.00 |
| Account No. **xxx-xx-3228**<br><br>**Trans Union**<br>**P.O. Box 1000**<br>**Chester, PA  19022-2001** | | | **Credit Bureau** | | | | 0.00 |
| Account No. **160098**<br><br>**Wach/rec**<br>**PO Box 3117**<br>**Winston Salem, NC  27102-3117** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | | X | | 1.00 |
| Account No. **60009001058**<br><br>**World Omnl F**<br>**PO Box 991817**<br>**Mobile, AL  36691-8817** | | | **Revolving credit card**<br>**$0 Balance on Credit report** | | X | | 1.00 |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. _____**8**_ of _____**9**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    50,005.00

(Complete only on last sheet of Schedule F)   **TOTAL**   _____

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE McCoggle, William
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **60009005860** <br><br> **World Omni Finance** <br> **31120 Rider Trl S** <br> **Earth City, MO  63045** | | | **Revolving credit card** <br> **$0 Balance on Credit report** | X | | | 1.00 |
| Account No. **603525100378** <br><br> **Zale/cbusa** <br> **PO Box 6003** <br> **Hagerstown, MD  21747-6003** | | | **Revolving credit card** <br> **$0 Balance on Credit report** | X | | | 1.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| | | | Subtotal <br> (Total of this page) | | | | 2.00 |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ____**9**____ of ____**9**____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Complete only on last sheet of Schedule F)  **TOTAL**  | 77,177.95 |
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **McCoggle, William** _____    Case No. _____
                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

INITIAL HERE

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE <u>McCoggle, William</u> _____    Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tamaras MCoggle**<br>**16425 SW 107 Ct**<br>**Miami, FL  33157** | **Daimlerchrys**<br>**PO Box 9223**<br>**Farmington Hills, MI  48333-9223** |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE McCoggle, William _____    Case No. _____
                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP<br>**Son** | AGE<br>**19** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retired** | **Substitute Teacher** |
| Name of Employer | | **Miami-Dade Public School** |
| How long employed | | **6 Years** |
| Address of Employer | | **Miami, FL** |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ _____ | $ **1,004.83** |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **0.00** | $ **1,004.83** |
| **4. LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and Social Security | $ _____ | $ **150.00** |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ **150.00** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ **854.83** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance<br>(Specify) **Social Security Benefits** | $ **1,791.00** | $ _____ |
| | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income<br>(Specify) **Food Stamps** | $ **164.00** | $ _____ |
| **Income From Rent Trailers** | $ **1,832.00** | $ _____ |
| **Income From Rental House** | $ **300.00** | $ _____ |
| **14. SUBTOTAL OF INCOME REPORTED ON LINES 7 THROUGH 13** | $ **4,087.00** | $ _____ |
| **15. TOTAL MONTHLY INCOME** (Add amounts shown on Lines 6 through 14.) | $ **4,087.00** | $ **854.83** |

**16. TOTAL COMBINED MONTHLY INCOME $ _____ 4,941.83 _____**    (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor's wife does not get paid for summer or when schools are closed.**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE McCoggle, William _____    Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,292.00 |
| a. Are real estate taxes included?   Yes ✔  No ___ | |
| b. Is property insurance included?  Yes ✔  No ___ | |
| 2. Utilities: | |
| a. Electricity and heating fuel | $ 200.00 |
| b. Water and sewer | $ 116.00 |
| c. Telephone | $ |
| d. Other   **Phone + Internet +  Fax** | $ 265.00 |
| **Cell Phone** | $ 140.00 |
| 3. Home maintenance (repairs and upkeep) | $ 160.00 |
| 4. Food | $ 400.00 |
| 5. Clothing | $ |
| 6. Laundry and dry cleaning | $ 35.00 |
| 7. Medical and dental expenses | $ |
| 8. Transportation (not including car payments) | $ 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ |
| b. Life | $ 155.00 |
| c. Health | $ 106.00 |
| d. Auto | $ 120.00 |
| e. Other   **Home Alarm** | $ 36.00 |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ |
| | $ |
| 13. Installment payments (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 459.00 |
| b. Other | $ |
| c. Other | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other   **Mortgage On The Lots And Trailers** | $ 807.00 |
| **Mortgage On House In GA** | $ 296.17 |
| | $ |

| | |
|---|---:|
| **18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ 4,937.17 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

## 20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Total monthly income from Line 16 of Schedule I | $ 4,941.83 |
| b. Total monthly expenses from Line 18 above | $ 4,937.17 |
| c. Monthly net income (a. minus b.) | $ 4.66 |

SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE McCoggle, William _____    Case No. _____
                                  Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **23** sheets, and that
                                                                                            (Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.

Date: September 13, 2006   Signature: _William McCoggle_____
                                       **William McCoggle**                                    Debtor

Date: _____   Signature: _____
                                                                           (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for
compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h),
and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by
bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting
any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal,
responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer
is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                          (Total shown on summary page plus 1)

Date: _____   Signature: _____

                                       _____
                                              (Print or type name of individual signing on behalf of debtor)

        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                            Case No. _____

McCoggle, William                                          Chapter **7** _____
                        Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 86,461.00 | 2005-Joint Income Tax Return |
| 63,961.00 | 2004-Joint Income Tax Return |
| 74,072.00 | 2003-Joint Income Tax Return |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 14,328.00 | 2006 - Estimated SS year to date |
| 30,000.00 | 04/2006 - Debtor took a personal Loan and placed lots as collateral to pay off personal loans, legal attorneys fees for criminal case. |
| 30,000.00 | 2005 - Debtor took a personal Loan and placed lots as collateral to pay off personal loans, legal attorneys fees for criminal case. |

INITIAL HERE

*wh*

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Washington Mutual**<br>PO Box 1093<br>Northridge, CA  91328-1093 | **3 month payment** | **3,870.00** | **139,622.00** |
| **Citz Ntl Bk**<br>PO Box 270<br>Quitman, GA  31643-0270 | **3 month period** | **1,377.00** | **15,207.00** |
| **Fmlakeland**<br>110 N Carter St<br>Lakeland, GA  31635-1164 | **3 month period** | **2,421.00** | **59,000.00** |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **State of Florida**<br>**Case Num: F05-22726** | **criminal (alledged fraud)** | **Miami Dade County Florida** | **Plead Guilty - No sentence yet** |
| **South Florida Educational Federal Credit Union**<br>**Case No.: 06-2462 CC 26 (02)** | **credit card debt** | **Miami Dade County, FL** | **Default Final Judgment** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

©1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Timothy S. Kingcade, Esq.<br>Kingcade & Garcia, P.A.<br>1370 Coral Way<br>Miami, FL  33145-2960 | | *3,400* |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

INITIAL HERE

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.



**STATEMENT OF FINANCIAL AFFAIRS**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

INITIAL HERE

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: September 13, 2006   Signature
of Debtor _____

**William McCoggle**

Date: _____   Signature
of Joint Debtor
(if any) _____

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

## United States Bankruptcy Court
### Southern District of Florida

IN RE:

**McCoggle, William**

Case No. _____

_____
Debtor(s)

Chapter **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|:---:|:---:|:---:|:---:|
| **2004 Nissan Murano SE Sport Utility 4D** | **Citz Ntl Bk** | | | | ✓ |
| **2006 Dodge Charger Sedan 4D** | **Daimlerchrys** | ✓ | | | |
| **6 lots in Lakeland GA with attached motor** | **Fmlakeland** | | | | ✓ |
| **16425 SW 107 CT Miami, FL 33157** | **Washington Mutual** | | | | ✓ |

9/13/06 _____  _William M. Coggle_ _____

Date      **William McCoggle**          Debtor          Joint Debtor (if applicable)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

_____
Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only